**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steven Seman HATTAR, Defendant–
Appellant.**

**No. 00–50116.
D.C. No. CR–96–00886–SVW–1.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002 *.

Decided Aug. 16, 2002.

Before SCHROEDER, Chief Judge,
TASHIMA and RAWLINSON, Circuit
Judges.

MEMORANDUM **

Steven Seman Hattar appeals his 262–
month sentence following his guilty plea to
conspiracy to possess methamphetamine
with intent to distribute, in violation of 21
U.S.C. § 846. Defendant's attorney has
moved to withdraw pursuant to *Anders v.
California*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), and Hattar has not
filed a supplemental pro se brief.

The *Anders* brief identifies and rejects
three potential issues. First, counsel cor-
rectly acknowledges that there is no indi-
cation that Hattar's guilty plea was invol-
untary, unknowing, or incompetent. *See
United States v. Aguilar–Muniz*, 156 F.3d
974, 976–77 (9th Cir.1998) (discussing dis-
trict court's compliance with Rule 11);

*United States v. Vonn*, —— U.S. ——,
——, ——–——, 122 S.Ct. 1043, 1046,
1054–55, 152 L.Ed.2d 90 (2002) (establish-
ing defendant's burden to show plain error
in light of the entire record).

Second, counsel concludes that the gov-
ernment complied with its obligations un-
der the plea agreement, and the record
supports this assessment.

Third, counsel raises, and correctly re-
jects as an issue for appeal, the district
court's denial of a downward departure
based on Hattar's lack of knowledge or
control of the purity of the methamphet-
amine. That discretionary ruling is unre-
viewable. *See United States v. Lipman*,
133 F.3d 726, 729 (9th Cir.1998).

Our independent review of the record
pursuant to *Penson v. Ohio*, 488 U.S. 75,
83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988)
discloses no issues for review. Counsel's
motion to withdraw is GRANTED, and the
district court's judgment is

AFFIRMED.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.